**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ZAKARIYA ABDIKARIM,                                    Case No. 26-cv-2395 (LMP/SGE)

              Petitioner,

v.                                                     **ORDER ADOPTING**
                                                       **REPORT AND RECOMMENDATION**
IMMIGRATION AND CUSTOMS
ENFORCEMENT – ST. PAUL FIELD
OFFICE; MARKWAYNE MULLIN, *U.S.*
*Secretary Homeland Security*; and TODD
BLANCHE, *Acting U.S. Attorney*
*General*,

              Respondents.

---

This matter is before the Court on the May 1, 2026 Report and Recommendation ("R&R") of United States Magistrate Judge Shannon G. Elkins which recommends denying the petition for a writ of habeas corpus. *See* ECF No. 2. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.[1]

**ORDER**

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

---

[1]   The Court recognizes that the Clerk's Office did not docket a declaration submitted by Petitioner with his petition until May 21, 2026, after the R&R was already issued. Nothing in the two-page, handwritten declaration, however, changes the conclusion that the petition should be denied.

1.      The R&R (ECF No. 2) is **ADOPTED IN FULL**;

2.      The petition for a writ of habeas corpus (ECF No. 1) is **DENIED**; and

3.      This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 28, 2026                    _s/Laura M. Provinzino_
                                       Laura M. Provinzino
                                       United States District Judge